

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. **21-MJ-4906** |
| Plaintiff, | |
| v. | <u>COMPLAINT FOR VIOLATION OF</u><br>Title 8 U.S.C. Section 1324(a)(2)(B)(iii)-<br>Bringing in Unlawful Alien(s) Without Presentation |
| Myrna ARZATE, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about December 15, 2021, within the Southern District of California, defendant Myrna ARZATE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said alien, namely, Octavio LOPEZ-Pineda, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

_____
SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 16th of December 2021.

_____
HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Octavio LOPEZ-Pineda, is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material, that it is impractical to secure his attendance at trial by subpoena and that he is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On December 15, 2021, at approximately 7:41 P.M., Myrna ARZATE entered the United States from Mexico at the San Ysidro, California Port of Entry as the driver of a red Chevrolet Suburban bearing state of California license plates. Upon primary inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented United States SENTRI (Secure Electronic Network for Travelers Rapid Inspection) cards for herself and her minor daughter as their entry documents. Defendant stated she was going to San Diego with nothing to declare from Mexico. The CBP Officer while conducting an inspection of the vehicle discovered a male concealed under a blanket between the second and third row seats. The CBP Officer placed Defendant in handcuffs, both passengers were escorted to the security office for further disposition.

In secondary, CBP Officers witnessed one male subject extract himself out of the vehicle. The individual was later identified as Octavio LOPEZ-Pineda, determined to be a citizen of Mexico without lawful documents to enter or reside in the United States and is being held as a Material Witness.

On December 15, 2021, at 11:01 P.M., Defendant was advised of her Miranda Rights in the Spanish language and elected to make a statement. Defendant stated the vehicle belongs to her brother-in-law who is also a SENTRI holder. Defendant stated her purpose in Tijuana was to visit her father but did not go due to heavy vehicle traffic. Defendant stated she and her daughter visited a tire shop, a coffee shop, and did some grocery shopping at "La Ley" supermarket before crossing back. Defendant denied any knowledge or involvement in the smuggling act.

During a video-recorded interview, Material Witness admitted to being a citizen of Mexico born in Oaxaca, Mexico with no documents to lawfully enter or reside in the United States. Material Witness stated he made the smuggling arrangements with the female driver at a "La Ley" supermarket parking lot and agreed to an undetermined amount if successfully smuggled into the United States. Material Witness stated he was going to Santa Maria, California to work.